RECEIVED

OCT 1 2 2018

CLERK, U.S. DISTRICT COURT
ST. PAUL, MINNESOTA

## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| IN THE MATTER OF THE TAX INDEBTEDNESS OF: | ) ) ) |
| Natural Green, Inc. 8605 Jefferson Highway Osseo, MN 55369 | ) ) ) ) |
| COUNTY OF HENNEPIN STATE OF MINNESOTA | ) ) ) |

Case No. 18-MJ-812 DTS

### AFFIDAVIT OF REVENUE OFFICER CRYSTAL HOSFIELD

Revenue Officer Crystal Hosfield, having been first duly sworn, states as follows:

1.   I am a Revenue Officer employed in the Compliance area of Small Business/Self Employed Operating Division of the Internal Revenue Service, at Bloomington, Minnesota. As a Revenue Officer, I have the duty and authority to collect federal taxes by seizure and sale under the Internal Revenue Code, 26 U.S.C. § 6331.

2.   The following assessments of tax, penalty and interest have been made against Natural Green, Inc. ("Natural Green" or "taxpayer"), and with statutory additions the total amount due is $1,025,659.66:

| Form | Period | Assessment Date | Unpaid Balance of Assessment | Statutory Additions | Total |
|---|---|---|---|---|---|
| 941 | 3/31/2012 | 7/13/2015 | $ 18,570.32 | $ 1,999.60 | $ 20,569.92 |
| 941 | 6/30/2012 | 7/6/2015 | $ 56,289.44 | $ 6,148.51 | $ 62,437.95 |
| 941 | 9/30/2012 | 7/6/2015 | $ 66,082.26 | $ 7,130.15 | $ 73,212.41 |
| 941 | 12/31/2012 | 9/28/2015 | $ 63,028.21 | $11,287.43 | $ 74,315.64 |
| 941 | 3/31/2013 | 7/6/2015 | $ 47,580.40 | $ 5,468.53 | $ 53,048.93 |
| 941 | 6/30/2013 | 7/6/2015 | $ 72,508.47 | $ 8,137.79 | $ 80,646.26 |
| 941 | 9/30/2013 | 7/6/2016 | $107,701.23 | $12,281.33 | $119,982.56 |

SCANNED

OCT 1 2 2018

ACH

| 941 | 12/31/2013 | 7/6/2015 | $ 84,615.01 | $ 9,802.48 | $ 94,417.49 |
| 941 | 9/30/2014 | 1/5/2015 | $ 88,509.10 | $29,395.90 | $117,905.00 |
| 941 | 12/31/2014 | 4/6/2015 | $ 50,131.07 | $16,358.31 | $ 66,489.38 |
| 941 | 6/30/2016 | 12/5/2016 | $ 62,960.71 | $13,732.03 | $ 76,692.74 |
| 941 | 9/30/2016 | 1/16/2017 | $140,596.87 | $30,734.84 | $171,331.71 |
| 1120 | 12/31/2012 | 7/13/2015 | $ 154.00 | $ 27.15 | $ 181.15 |
| 1120 | 12/31/2013 | 7/13/2015 | $ 1,755.00 | $ 228.48 | $ 1,983.48 |
| 940 | 12/31/2012 | 7/6/2015 | $ 3,432.49 | $ 373.99 | $ 3,806.48 |
| 940 | 12/31/2013 | 7/13/2015 | $ 3,617.20 | $ 416.23 | $ 4,033.43 |
| 940 | 12/31/2016 | 5/15/2017 | $ 3,960.57 | $ 644.56 | $ 4,605.13 |

3.   Notice and demand was made on the assessment dates listed above pursuant to sections 6201, 6203 and 6303 of the Internal Revenue Code.

4.   The taxpayer has neglected or refused to pay the full amount of the tax assessed within 10 days after such notice and demand and this neglect or refusal continues.

5.   There is now due, owing and unpaid with respect to such tax, penalty and interest a total amount of $1,025,659.66 with statutory additions.

6.   By reason of the assessment, a lien has arisen on all property and rights to property of said taxpayer as prescribed by sections 6321 and 6322 of the Internal Revenue Code.

7.   By reason of the taxpayer's neglect and failure to pay such tax, penalty and interest within 10 days after notice and demand, a levy may be made on all property and rights to property belonging to the taxpayer or to which the federal tax lien attaches.

8.   Notices of intent to levy and your right to hearing, as required by IRC Sections 6330 and 6331(d), were provided to the taxpayer by certified mail on the following dates:

| Form | Period | Notice of Intent to Levy & Your Right to a Hearing |
| --- | --- | --- |
| 941 | 3/31/2012 | 12/1/2015 |
| 941 | 6/30/2012 | 12/1/2015 |

| 941 | 9/30/2012 | 12/1/2015 |
|---|---|---|
| 941 | 12/31/2012 | 12/1/2015 |
| 941 | 3/31/2013 | 12/1/2015 |
| 941 | 6/30/2013 | 12/1/2015 |
| 941 | 9/30/2013 | 12/1/2015 |
| 941 | 12/31/2013 | 12/1/2015 |
| 941 | 9/30/2014 | 1/21/2015 |
| 941 | 12/31/2014 | 12/1/2015 |
| 941 | 6/30/2016 | 2/13/2017 |
| 941 | 9/30/2016 | 4/18/2017 |
| 1120 | 12/31/2012 | 12/1/2015 |
| 1120 | 12/31/2013 | 12/1/2015 |
| 940 | 12/31/2012 | 12/1/2015 |
| 940 | 12/31/2013 | 12/1/2015 |
| 940 | 12/31/2016 | 10/30/2017 |

9.    Natural Green requested collection due process hearings for the following periods:

| Form | Period |
|---|---|
| 941 | 3/31/2012 |
| 941 | 6/30/2012 |
| 941 | 9/30/2012 |
| 941 | 12/31/2012 |
| 941 | 3/31/2013 |
| 941 | 6/30/2013 |
| 941 | 9/30/2013 |
| 941 | 12/31/2013 |
| 941 | 9/30/2014 |
| 941 | 12/31/2014 |
| 1120 | 12/31/2012 |
| 1120 | 12/31/2013 |
| 940 | 12/31/2012 |
| 940 | 12/31/2013 |

10.   The appeals office upheld the proposed levy for all periods and the taxpayer filed

two cases in Tax Court, Docket Nos. 18314-15L and 7008-16L disputing that determination.

The taxpayer eventually filed motions to dismiss his collection due process case with the Tax

Court, and those cases were both dismissed by the Tax Court on May 17, 2017.

11.  Notice of Federal Tax Lien filings were filed with the Minnesota Secretary of State as set forth below:

| Form | Period | Notice of Lien Filing |
|---|---|---|
| 941 | 3/31/2012 | 11/14/2015 |
| 941 | 6/30/2012 | 11/14/2015 |
| 941 | 9/30/2012 | 11/14/2015 |
| 941 | 12/31/2012 | 11/14/2015 |
| 941 | 3/31/2013 | 11/14/2015 |
| 941 | 6/30/2013 | 11/14/2015 |
| 941 | 9/30/2013 | 11/14/2015 |
| 941 | 12/31/2013 | 11/14/2015 |
| 941 | 9/30/2014 | 4/30/2015 |
| 941 | 12/31/2014 | 4/30/2015 |
| 941 | 6/30/2016 | 3/4/2017 |
| 941 | 9/30/2016 | 3/4/2017 |
| 1120 | 12/31/2012 | 11/14/2015 |
| 1120 | 12/31/2013 | 11/14/2015 |
| 940 | 12/31/2012 | 11/14/2015 |
| 940 | 12/31/2013 | 11/14/2015 |
| 940 | 12/31/2016 | 8/24/2017 |

12.  Natural Green was a commercial and residential lawn care and snow removal business, which formed on July 18, 2011, and administratively dissolved on March 14, 2016. It is now defunct. Timothy Pearson was the chief executive officer and 100% owner of Natural Green and Steven Hoogenakker was an employee. Timothy Pearson was also the 100% owner of another commercial and residential lawn care and snow removal business, Concierge Enterprises, Inc. ("Concierge"), which formed on November 19, 1999, and administratively dissolved on March 14, 2016. It is also now defunct. Steven Hoogenakker was an employee of Concierge as well. Steven Hoogenakker is now the 100% owner and chief executive officer of Showcase Landscape, Inc. ("Showcase"), another commercial and

residential lawn care and snow removal businesses, and Timothy Pearson is its employee. Showcase formed on March 17, 2015, and is currently an active corporation in good standing. Natural Green, Concierge, and Showcase's registered office address with the Minnesota Secretary of State has always been 8605 Jefferson Hwy, Osseo, MN 55369.

13.   Natural Green provided a list of its lawn care and snow removal assets to the Internal Revenue Service on April 30, 2015, which included model numbers and if appropriate, serial numbers and VIN. In that list, it indicated that certain of the assets were received from Concierge. I also reviewed records from the State of Minnesota showing additional lawn care and snow removal assets titled to Natural Green after the above-referenced assessment dates. All of the above-described assets were used as part of the taxpayer's lawn care and snow removal business, as well as Showcase's business, and are identified in **Exhibit A** to this Affidavit.

14.  I know of the existence of the above mentioned assets from a field visit to Showcase's premises on June 15, 2018, statements by Mr. Hoogenakker, state records, and from documents provided by Natural Green. The premises contain two commercial buildings, 8603 and 8605 Jefferson Memorial Highway, Osseo, MN and a fenced area shared by the two buildings around the perimeter. Mr. Hoogenakker advised me that Showcase rents both buildings from Jefferson Properties. Mr. Hoogenakker gave me a tour of the building addressed as 8605 Jefferson Memorial Highway and I personally viewed lawn care and snow removal equipment in that building and within the locked fenced area. Mr. Hoogenakker stated that the other building (8603) is used to repair and store more equipment. Mr. Hoogenakker stated that many of Showcase's assets were originally those of Concierge and/or

Natural Green. He described himself as a "silent partner" in Concierge and Natural Green and stated that the value of the assets he received from Concierge and Natural Green was approximately $100,000. On September 16, 2018, I made another site visit to Showcase at 8603 and 8605 Jefferson Hwy, Osseo, MN 55369, and observed lawn care and snow removal equipment is still visible inside the fenced area on the premises.

15. The assets the IRS intends to seize are those particular assets identified by Natural Green, Inc. as being assets that it received from Concierge Enterprises, Inc. and assets that were titled in Concierge's name after the above-reference assessment dates assets, which the IRS discovered through searches of state records. A list of the assets to be seized are set forth in **Exhibit A** to this affidavit.

16. Based on the documents provided by the taxpayer and the information from the state of Minnesota, I estimate the value of the property to be in excess of $60,000. The estimated costs of this seizure are $9,500. Seizure of such assets would not be an uneconomical levy.

17. Seizure is the only remaining viable solution to collect the amounts owed to the United States. Alternative remedies including third-party levies have not been successful and the taxpayer is defunct and transferred all assets to an employee's new business (either directly or first through Showcase Landscape, Inc.).

18.  On June 15, 2018, the IRS requested consent from Showcase Landscape, Inc., for the purpose of levying property to which the tax liens against Natural Green, Inc., attached under section 6331 of the Code, and was verbally denied consent to enter by Mr. Hoogenakker, the owner of Showcase Landscape, Inc.

_____

Crystal Hosfield
Revenue Officer
Internal Revenue Service

Sworn and subscribed before me
On this the 27 day of September, 2018

_____

The Honorable David T. Schultz
United States Magistrate Judge

7

18-MJ-812 DTS

Natural Green Assets - Exhibit A

| # | Taxpayer | Year | Make/Model# | Model | VIN/Serial# | Engine Make | Engine Model# | Engine Serial# | How Known? | TP's Value | Shop # | Other & if Natural Green Identified asset as being from Concierge |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | Natural Green | 2002 | Chevy | CG Exp | 1GCHC39J621179777 | | | | TP Provided List | 2000 | 41 | |
| 2 | Natural Green | 2003 | Chevy | S-10 | 1GCCS19H838233846 | | | | TP Provided List | 2000 | 1 | |
| 3 | Natural Green | 2005 | Chevy | Cab | 1GBJK39G0X5E280548 | | | | TP Provided List | 12000 | 8 | |
| 4 | Natural Green | 1985 | Ford | CC Col | 1FDXK80U8FVA21535 | | | | TP Provided List | 7500 | 6 | |
| 5 | Natural Green | 1992 | Ford | Van | 1FTEE14N7NHB33401 | | | | TP Provided List | 1500 | 30 | |
| 6 | Natural Green | 2002 | Ford | Van | 1FTSE34J42HB38435 | | | | TP Provided List | 2000 | 39 | |
| 7 | Natural Green | 2005 | Ford | Van | 1FTSE34L15HA78943 | | | | TP Provided List & State Records | 2000 | 40 | |
| 8 | Natural Green | 2006 | Ford | F450 | 1FDXW47X66B72962 | | | | TP Provided List & State Records | 12000 | 19 | |
| 9 | Natural Green | 2008 | Ford | Cab | 1FDXX47R28EA70390 | | | | TP Provided List | 18000 | 7 | |
| 10 | Natural Green | 1995 | GMC | Topkick | 1GDG6H1J5JJ516741 | | | | TP Provided List | 5000 | 21 | |
| 11 | Natural Green | 1988 | International | Truck | 1HTLDTVN7JH554259 | | | | TP Provided List | 9000 | 5 | |
| 12 | Natural Green | 2002 | TOMA | Trailer | 1T9UX16272L385876 | | | | TP Provided List & State Records | 2000 | T11 | |
| 13 | Natural Green | 2005 | UNIT | Trailer | 48JTE2A28S9C38311 | | | | TP Provided List & State Records | 5000 | 19 | |
| 14 | Natural Green | 1989 | HMDE | Trailer | MNFP5882616 | | | | TP Provided List & State Records | 3000 | TS | |
| 15 | Natural Green | 2005 | Ford | CTV | 1FDWE35G35HA32221 | | | | State Records | | | |
| 16 | Natural Green | | L227LKA604 | Exmark Riders | 469500 | LC Kawasaki | 2KAXS-7452CA | | TP Provided List | 3500 | 1 | Concierge |
| 17 | Natural Green | | L227KC604 | Exmark Riders | 378655 | 23hp Kohler | PA76513 | 4210204071 | TP Provided List | 3500 | 2 | Concierge |
| 18 | Natural Green | | L225KC604 | Exmark Riders | 227897 | 25hp Kohler | PA-CH730-3225 | 4323312721 | TP Provided List | 3500 | 3 | Concierge |
| 19 | Natural Green | | L225KC604 | Exmark Riders | 285400 | KOHLER | PA-CH730-0... | 3910400781 | TP Provided List | 9000 | 5 | Concierge |
| 20 | Natural Green | | W5E-5223 | Exmark Riders/Wright Sentar & Standards | 14914 | Kawasaki | FH680V-DS06-S | FH680V834512 | TP Provided List | 1200 | 11 | 52 In Deck |
| 21 | Natural Green | | W5S225KAWA | Exmark Riders/Wright Sentar & Standards | 43247 | Kawasaki | FH721V-FS13-S | FH721V869527 | TP Provided List | 1200 | 12 | Concierge/52 In Deck |
| 22 | Natural Green | | W5S223KAWA | Exmark Riders/Wright Sentar & Standards | 28307 | Kawasaki | FH680V-6506-S | FH680VC1391 | TP Provided List | 1200 | 13 | Concierge/52 In Deck |
| 23 | Natural Green | | LHP5223KA | Exmark Riders | 231005 | Kawasaki | FH680V-ES2... | FH680VC14114 | TP Provided List | | | 52 In Deck |
| 24 | Natural Green | | LHP3223KA | Exmark Riders | 414345 | 23hp Kawasaki | | | TP Provided List | | | 52 In Deck |
| 25 | Natural Green | | 930323A | Bobcat | 9.3032... | Kawasaki | H500V-DS31-R | FH500V038279 | TP Provided List | 1200 | 14 | Concierge/48 In Deck |
| 26 | Natural Green | | 935330 | Bobcat | 9.3533... | Kawasaki | H541V-CS43-R | FH541VB12604 | TP Provided List | 600 | 15 | Concierge/48 In Deck |
| 27 | Natural Green | | 74569 | Bobcat | 290000000508 | Kawasaki | FH680V-6506-S | FH680VC13917 | TP Provided List | 600 | 16 | Concierge/66 In Deck |
| 28 | Natural Green | | TT5217KAEO | Emark Walk Behind | 441217 | Kawasaki | FH541V | FH541VB41812 | TP Provided List | 1400 | 18 | 52 In Deck |
| 29 | Natural Green | | THP16KA483 | Emark Walk Behind | 869529 | Kawasaki | FS481V | FH541VB40290 | TP Provided List | | | 48 In Deck |
| 30 | Natural Green | | THP17KA483 | Emark Walk Behind | 747191 | Kawasaki | FS481V | FH541VB18817 | TP Provided List | 1500 | 19 | 48 In Deck |
| 31 | Natural Green | | 30988 | Toro | 27000128 | | FS481V | | TP Provided List | | | Concierge/52 In Deck |
| 32 | Natural Green | | TT5217KAC | Emark Walk Behind | 418070 | Kawasaki | FH541V-E52 | FH541VB41812 | TP Provided List | | | 52 In Deck |
| 33 | Natural Green | | TT4817KAC | Emark Walk Behind | 402117 | Kawasaki | FH541V-E52 | FH541VB40290 | TP Provided List | | | 48 In Deck |
| 34 | Natural Green | | TT4817KAC | Emark Walk Behind | 370645 | Kawasaki | FH541V-E52 | FH541VB18817 | TP Provided List | | | 48 In Deck |
| 35 | Natural Green | | TT3615KAC | Emark Walk Behind | 405105 | Kawasaki | FH541V-BSC | FH451VAB2496 | TP Provided List | | | 36 In Deck |
| 36 | Natural Green | | THP17KA483 | Emark Walk Behind | 634915 | Kawasaki | FH541V | | TP Provided List | | | 48 In Deck |
| 37 | Natural Green | | THP16KA483 | Emark Walk Behind | 869287 | Kawasaki | FH541V | | TP Provided List | | | 48 In Deck |
| 38 | Natural Green | | 945019 | Bobcat | 9.4502... | | AR250 | | TP Provided List | | | |
| 39 | Natural Green | | 946010 | Bobcat | 9450100379 | | AR250 | | TP Provided List | 1500 | 20 | |
| 40 | Natural Green | | 30988 | Toro | 27000128 | | FH541V | | TP Provided List | 1400 | 21 | |
| 41 | Natural Green | | THP17KA483 | Emark Walk Behind | 634915 | Kawasaki | FH541V | | TP Provided List | 1400 | 22 | |
| 42 | Natural Green | | THP16KA483 | Emark Walk Behind | 869287 | Kawasaki | FS481V | | TP Provided List | | | |
| 43 | Natural Green | | 945019 | Bobcat | 9.4502... | | AR250 | | TP Provided List | 1500 | 30 | |
| 44 | Natural Green | | 945010 | Bobcat | 9450100379 | | AR250 | | TP Provided List | 1500 | 31 | |

1

Exhibit A

Natural Green Assets - Exhibit A

| # | Taxpayer | Year | Make/Model# | Model | VIN/Serial# | Engine Make | Engine Model# | Engine Serial# | How Known? | TP's Value | Shop # | Other & if Natural Green identified asset as being from Concierge |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 45 | Natural Green | | Echo HC-155 | Pruners | S762120911... | | | | TP Provided List | 150 | 1 | |
| 46 | Natural Green | | Echo HC-155 | Pruners | S762120155... | | | | TP Provided List | 150 | 2 | |
| 47 | Natural Green | | Echo HC-155 | Pruners | S762120207... | | | | TP Provided List | 150 | 3 | |
| 48 | Natural Green | | Echo HC-155 | Pruners | S762120208... | | | | TP Provided List | 300 | 4 | |
| 49 | Natural Green | | Echo HC-155 | Pruners | S762120188... | | | | TP Provided List | 300 | 5 | |
| 50 | Natural Green | | Echo HC-155 | Pruners | S762112221 | | | | TP Provided List | 300 | 6 | |
| 51 | Natural Green | | Stihl HS-56C | Pruners | 293023806 | | | | TP Provided List | 300 | 7 | |
| 52 | Natural Green | | Stihl | Pruners | 292846067 | | | | TP Provided List | 300 | 8 | |
| 53 | Natural Green | | Echo CS-330T | Chain Saws | C086110121 | | | | TP Provided List | 100 | 1 | |
| 54 | Natural Green | | Stihl MS-271 | Chain Saws | 1140791100... | | | | TP Provided List | 200 | 2 | |
| 55 | Natural Green | | Stihl MS-362 | Chain Saws | 1140791100... | | | | TP Provided List | 300 | 3 | |
| 56 | Natural Green | | Husqvarna 450-XTORQ | Chain Saws | 9669067-38 | | | | TP Provided List | 100 | 4 | |
| 57 | Natural Green | | Husqvarna 235-XTORQ | Chain Saws | 9528022-39 | | | | TP Provided List | 100 | 5 | |
| 58 | Natural Green | | Echo SRM-225 | Weed Trimmers | S89312O596... | | | | TP Provided List | 150 | 1 | |
| 59 | Natural Green | | Echo SRM-225 | Weed Trimmers | S039124963... | | | | TP Provided List | 150 | 2 | |
| 60 | Natural Green | | Echo SRM-225 | Weed Trimmers | S89312181O... | | | | TP Provided List | 150 | 3 | |
| 61 | Natural Green | | Echo SRM-225 | Weed Trimmers | S89312181O... | | | | TP Provided List | 150 | 4 | |
| 62 | Natural Green | | Echo SRM-225 | Weed Trimmers | S039123180... | | | | TP Provided List | 150 | 5 | |
| 63 | Natural Green | | Echo SRM-225 | Weed Trimmers | S89312181O... | | | | TP Provided List | 150 | 6 | |
| 64 | Natural Green | | Echo SRM-225 | Weed Trimmers | S89312181O... | | | | TP Provided List | 150 | 7 | |
| 65 | Natural Green | | Echo SRM-225 | Weed Trimmers | S89312O596... | | | | TP Provided List | 150 | 8 | |
| 66 | Natural Green | | Echo SRM-225 | Weed Trimmers | S89312O596... | | | | TP Provided List | 150 | 9 | |
| 67 | Natural Green | | Echo SRM-225 | Weed Trimmers | S039122957... | | | | TP Provided List | 150 | 10 | |
| 68 | Natural Green | | Echo SRM-225 | Weed Trimmers | S89312O591... | | | | TP Provided List | 150 | 11 | |
| 69 | Natural Green | | Echo SRM-225 | Weed Trimmers | S039120917... | | | | TP Provided List | 150 | 12 | |
| 70 | Natural Green | | Echo SRM-230 | Weed Trimmers | S731122027... | | | | TP Provided List | 150 | 13 | |
| 71 | Natural Green | | Echo SRM-266 | Weed Trimmers | T421120382... | | | | TP Provided List | 150 | 14 | |
| 72 | Natural Green | | Echo SRM-266 | Weed Trimmers | T421120402... | | | | TP Provided List | 150 | 15 | |
| 73 | Natural Green | | Echo SRM-266 | Weed Trimmers | T421120383... | | | | TP Provided List | 150 | 16 | |
| 74 | Natural Green | | Echo SRM-400 | Weed Trimmers | 3001129 | | | | TP Provided List | 150 | 17 | |
| 75 | Natural Green | | Echo SRM-225 | Weed Trimmers | S039124963... | | | | TP Provided List | 150 | 18 | |
| 76 | Natural Green | | Echo PAS-260 | Weed Trimmers | 6020385 | | | | TP Provided List | 150 | 19 | |
| 77 | Natural Green | | Echo SRM-225 | Weed Trimmers | 30391... | | | | TP Provided List | 150 | 20 | |
| 78 | Natural Green | | Echo SRM-225 | Weed Trimmers | S8931... | | | | TP Provided List | 150 | 21 | |
| 79 | Natural Green | | Kawi KEL 26A | Stick Edger | TH026O-AN3... | | | | TP Provided List | 300 | 1 | |
| 80 | Natural Green | | Echo PAS-260 | Stick Edger | S753312005... | | | | TP Provided List | 300 | 2 | |
| 81 | Natural Green | | Echo PE-280 | Stick Edger | S630120139... | | | | TP Provided List | 300 | 3 | |
| 82 | Natural Green | | Echo PE-280 | Stick Edger | S630120139... | | | | TP Provided List | 300 | 4 | |
| 83 | Natural Green | | Echo PE-280 | Stick Edger | S630120139... | | | | TP Provided List | 300 | 5 | |
| 84 | Natural Green | | Echo PE-280 | Stick Edger | S630120139... | | | | TP Provided List | 300 | 6 | |
| 85 | Natural Green | | Little Wonder 6132-00-01 | Mechanical Edgers | I6 03-14801 | | | | TP Provided List | | | |
| 86 | Natural Green | | Trimlite Swisher TRS53B | Mechanical Edgers | 1995006369 | | | | TP Provided List | | | |
| 87 | Natural Green | | Z Spray Jr. | Kaw | Jr | | | | TP Provided List | | | |
| 88 | Natural Green | | Kirsher | Pipe Puller | Kohler | | | | TP Provided List | | | |
| 89 | Natural Green | | Toro | Teah | 621 Snow | | | | TP Provided List | | | |
| 90 | Natural Green | | Skid Attach | Quantity 3 | Dirt Bucket | dirt | | | TP Provided List | | | |
| 91 | Natural Green | | Shop Tools | | | shop | | | TP Provided List | | | |
| 92 | Natural Green | | Shop Tools | | | | | | TP Provided List | | | Concierge |
| 93 | Natural Green | | Honda | Pressure Washer | | shop | | | TP Provided List | | | |
| 94 | Natural Green | | Welder | Wirefeed | | shop | | | TP Provided List | | | |
| 95 | Natural Green | | lift table | | | | | | TP Provided List | | | Concierge |
| 96 | Natural Green | | z spray | Kaw | max | | | | TP Provided List | | | Roots |

2

Exhibit A

Natural Green Assets - Exhibit A

| | Taxpayer | Year | Make/Model# | Model | VIN/Serial# | Engine Make | Engine Model# | Engine Serial# | How Known? | TP's Value | Shop # | Other & If Natural Green identified asset as being from |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 97 | Natural Green | | z spray | Kaw | max | skid mout | | | TP Provided List | | | Roots |
| 98 | Natural Green | | 200 gallon | Kaw | spray tanks | skid mout | | | TP Provided List | | | Roots |
| 99 | Natural Green | | 200 gallon | Kaw | spray tanks | skid mout | | | TP Provided List | | | Roots |
| 100 | Natural Green | | 200 gallon | Kaw | spray tanks | skid mout | | | TP Provided List | | | Roots |
| 101 | Natural Green | | 200 gallon | brig | spray tanks | skid mout | | | TP Provided List | | | Roots |
| 102 | Natural Green | | 16jp | brig | truck loader | leaf vac | | | TP Provided List | | | Concierge |
| 103 | Natural Green | | sweepster | Kaw | 40 sweeper | sidewalk | | | TP Provided List | | | Concierge |
| 104 | Natural Green | | snow buckets | | 82 to 102 inch | snow | | | TP Provided List | | | Concierge |
| 105 | Natural Green | | back drags | homemade | 96 inch | snow | | | TP Provided List | | | Concierge |
| 106 | Natural Green | | toro | tech | 621 snow | single stage | | | TP Provided List | | | |
| 107 | Natural Green | | bobcat | na | snow pusher | snow | | | TP Provided List | | | Concierge |
| 108 | Natural Green | | pallet racking | | | | | | TP Provided List | | | Roots |
| 109 | Natural Green | | 40" aerator | | pull | turf | | | TP Provided List | | | Concierge |
| 110 | Natural Green | | 60" aerator | | pull | turf | | | TP Provided List | | | Concierge |
| 111 | Natural Green | | Lesco | Quantity 3 | spreader | turf | | | TP Provided List | | | Roots |
| 112 | Natural Green | | hand tools | | shovels, rakes, wheel barrow, etc. | landscaping | | | TP Provided List | | | |

3